IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID H. CHURCHILL,

    Plaintiff,                    No. CIV S-11-1968 GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,               ORDER &

    Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is proceeding pro se with a civil rights action. By order filed August 24, 2011, the court granted plaintiff twenty-eight days to file an in form pauperis application. The twenty-eight day period has now expired, and plaintiff has not filed an in forma pauperis application or otherwise responded to the court's order.[1]

        IT IS HEREBY ORDERED that a district judge be assigned to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

\\\\

---

[1] The court also notes that the last order sent to plaintiff was returned as undeliverable.

1

1   These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
3 fourteen (14) days after being served with these findings and recommendations, plaintiff may file
4 written objections with the court.  The document should be captioned "Objections to Magistrate
5 Judge's Findings and Recommendations."   Any response to the objections shall be filed and
6 served within fourteen days after service of the objections.  Plaintiff is advised that failure to file
7 objections within the specified time may waive the right to appeal the District Court's order.
8 DATED: October 19, 2011

9                                              /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE
10 GGH: AB
   chur1968.dis